UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br><br>        Petitioner,<br><br>   v.<br><br>CLERK OF U.S. DISTRICT COURT, et al.,<br><br>        Respondent. | Case No. CV 19-01178 FMO (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: February 25, 2019

                                          _____/s/_____
                                          FERNANDO M. OLGUIN
                                          UNITED STATES DISTRICT JUDGE